DYSON, INC., Plaintiff–Appellee,

v.

Kenneth J. WEGER, Defendant–
Appellant.

No. 06–1130.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2006.

Before MICHEL, Chief Judge,
LOURIE, Circuit Judge and ELLIS,*
District Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

---

DATA ENTERPRISES OF the
NORTHWEST, Appellant,

v.

Lurita Alexis DOAN, Administrator,
General Services Administration,
Appellee.

No. 05–1615.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2006.

Before MICHEL, Chief Judge, PROST,
Circuit Judge and ELLIS,* District
Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

---

* Honorable T.S. Ellis, III, District Judge, Unit-
ed States District Court for the Eastern Dis-
trict of Virginia, sitting by designation.

* Honorable T.S. Ellis, III, District Judge, Unit-
ed States District Court for the Eastern Dis-
trict of Virginia, sitting by designation.